IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-168-WKW |
| | ) | (WO) |
| $50,000.00 BBVA COMPASS BANK | ) | |
| CASHIER'S CHECK, | ) | |
| | ) | |
| Defendant. | ) | |

# **FINAL DECREE OF FORFEITURE**

Before the Court is the United States of America's Motion for Decree of Forfeiture. (Doc. # 10.)

On March 23, 2017, the United States filed a complaint of forfeiture alleging Defendant is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), (C), and (D)(iv), (v) for violations of 18 U.S.C. § 1341 (mail fraud), § 1343 (wire fraud), § 1344 (bank fraud), §§ 1956 and 1957(a) (money laundering), and § 1960 (unlicensed money transmitting business). (Doc. # 1.)

Pursuant to the Warrant of Arrest In Rem (Doc. # 3) issued by this Court, the United States Marshals Service for this District served Defendant property on March 27, 2017. (Doc. # 4.)

On April 10, 2017, Attorney Stephen T. Etheredge (accepting service on behalf of Theodore S. Hudson, II) was personally served by a deputy United States Marshal with copies of the Verified Complaint for Forfeiture In Rem, Notice of

Complaint for Forfeiture against Personal Property, and Warrant of Arrest In Rem. (Docs. ## 5, 6.)

Notice of this civil forfeiture action against Defendant was published on an official Government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. # 7.)

On June 6, 2017, default was entered against Theodore S. Hudson, II and all persons claiming an interest in Defendant for failure to timely claim, answer or otherwise defend this action after notice was provided pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. (Doc. # 9.)

Accordingly, and for good cause shown, it is ORDERED, ADJUDGED, and DECREED as follows:

1. The Government's Motion for Decree of Forfeiture (Doc. # 10) is GRANTED.

2. Defendant $50,000.00 BBVA Compass Bank cashier's check is forfeited to the United States to be disposed of according to law.

3. Each party will bear its own costs.

This case is closed.

DONE this 10th day of October, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE